FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 27 2025
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 25-1664 DHU |
| vs. ) | |
| **LUCAS PEREZ**, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

I, Lucas Perez, the above named Defendant, who is accused of violating 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charge, the Information, and of my rights, hereby waive in open Court on May 27, 2025, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
LUCAS PEREZ
Defendant

_____
DEAN BORDER
JACQUELINE FLORES
Attorneys for Defendant

Before:

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE