UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALBUQUERQUE NM 870

RECEIVED 30 APR 2026 PM 3
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 1 2026

MITCHELL R. ELFERS
CLERK

US POSTAGE PITNEY BOWES
ZIP 87102 $ 000.74⁰
02 7W
0008034596 APR 30 2026

FIRST-CLASS

Jacqueline D. Flores, Attorney at Law, LLC
NM
1000 2nd Street NW  Albuquerque
Albuquerque, NM 87102, USA

NIXIE          850    FE 1          0005/06/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87102227299          *0668-05450-30-37